UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
PHARMACIA & UPJOHN COMPANY LLC,                               :
                                              Plaintiff,      :
                                                              :    22 Civ. 5188 (LGS)
                    -against-                                 :
                                                              :           ORDER
AIR EXPRESS INTERNATIONAL USA, INC.                           :
D/B/A DHL GLOBAL FORWARDING,                                  :
                                              Defendant.      :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 20, 2022, required the parties to file a status letter on December 22, 2022, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **January 5, 2023**, the parties shall file the status letter.

Dated: December 28, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**